No. 73–1335. TRAVISONO, CORRECTIONS DIRECTOR, ET AL. *v.* GOMES ET AL. C. A. 1st Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Wolff* v. *McDonnell, ante,* p. 539.

No. 73–1533. UNITED STATES *v.* HOPKINS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Dorszynski* v. *United States, ante,* p. 424.

No. 73–1766. UNITED STATES *v.* NIXON, PRESIDENT OF THE UNITED STATES, ET AL.; and

No. 73–1834. NIXON, PRESIDENT OF THE UNITED STATES *v.* UNITED STATES. Petitions for certiorari before judgment to C. A. D. C. Cir. [Certiorari granted, 417 U. S. 927 and 960.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* in No. 73–1766 granted. Motion of respondent Strachan in No. 73–1766 for leave to participate in oral argument denied.

No. 73–1309. BIGELOW *v.* VIRGINIA. Appeal from Sup. Ct. Va. Probable jurisdiction noted.

No. 73–5520. CANTRELL ET AL. *v.* FOREST CITY PUBLISHING CO. ET AL. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.